UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Cenex Harvest States Cooperatives, a Minnesota corporation, Plaintiff, vs. Custom Canopy, Inc., a Minnesota corporation, Defendant. | Civil Action No. 1-CV-240 JRT/FLN |

**ORDER**

Defendant Custom Canopy, Inc. shall have until August 10, 2001 to serve and file its Answer in connection with the above-captioned matter.

**BY THE COURT:**

Dated: 9/6, 2001.

Magistrate Franklin L. Noel
Chief Magistrate Judge U.S. District Court

FILED SEP 07 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD_______
DEPUTY CLERK_______