**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

CENEX HARVEST STATES COOPERATIVES,

Plaintiff,

v.

CUSTOM CANOPY, INC.,

Defendant.

Civil No. 01-240 (JRT/FLN)

**ORDER OF DISMISSAL**

---

Scott W. Johnston, MERCHANT & GOULD, 80 South Eighth Street, Suite 3200, Minneapolis, MN 55402, for plaintiff.

Patrick W. Michenfelder, GRIES & LENHARDT, 100 Central Avenue East, St. Michael, MN 55376, for defendant.

The Court having been advised that the above action has settled,

IT IS HEREBY ORDERED that this action is dismissed with prejudice, the Court retaining jurisdiction for forty-five days to permit any party to move or reopen the action, for good cause shown, or to submit and file a stipulated form of final judgment, or to seek enforcement of the settlement terms.

DATED: 9/21/01
at Minneapolis, Minnesota.

JOHN R. TUNHEIM
United States District Judge

21 2001
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK